**George J. HUFFMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78617**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 27, 2016

Susan L. Hogan, Kansas City, MO, for appellant.

Nathan J. Aquino, Jefferson City, MO, for respondent.

Before Division Two: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

#### ORDER

Per curiam:

Appellant George J. Huffman ("Huffman") appeals the judgment of the Circuit Court of Buchanan County denying his Rule 29.15 amended motion for post-conviction relief. Huffman was convicted at

trial of second-degree domestic assault and sentenced to twelve years' imprisonment. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).